# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   GREGORY A. WARE & STEPHANIE D. WARE                     Case Number: 06-71739
         134 RUDDER ROAD                    SSN-xxx-xx-8014 & xxx-xx-6242
         MACHESNEY PARK, IL  61115

                                                          Case filed on:      9/25/2006
                                                          Plan Confirmed on:  3/23/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $11,885.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 999 | GREGORY A. WARE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | JP MORGAN CHASE BANK | 15,148.98 | 13,000.00 | 6,690.20 | 1,404.02 |
| 002 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HSBC MORTGAGE CORPORATION (USA) | 25,522.30 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 40,671.28 | 13,000.00 | 6,690.20 | 1,404.02 |
| 001 | JP MORGAN CHASE BANK | 0.00 | 2,148.98 | 0.00 | 0.00 |
| 004 | A/R CONCEPTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 6,225.11 | 6,225.11 | 0.00 | 0.00 |
| 006 | H&R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | KEY FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MEDICAL RECOVERY SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 118.34 | 118.34 | 0.00 | 0.00 |
| 010 | ROCKFORD MERCANTILE AGENCY INC | 628.40 | 628.40 | 0.00 | 0.00 |
| 011 | SOUTH SUBURBAN CARDIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | TALK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | WELLS FARGO FINANCIAL | 3,103.73 | 3,103.73 | 0.00 | 0.00 |
| 014 | WELLS FARGO FINANCIAL | 1,896.94 | 1,896.94 | 0.00 | 0.00 |
| 015 | MUTUAL MANAGEMENT SERVICES | 541.25 | 541.25 | 0.00 | 0.00 |
|  | Total Unsecured | 12,513.77 | 14,662.75 | 0.00 | 0.00 |
|  | Grand Total: | 56,185.05 | 30,662.75 | 9,690.20 | 1,404.02 |

Total Paid Claimant:      $11,094.22
Trustee Allowance:        $790.78            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00          discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 10/30/2008          By  /s/Heather M. Fagan